IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al*,<br><br>Defendants. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff WildEarth Guardians moves for the admission of Samantha Ruscavage-Barz to practice before this Court in this case with Shiloh Hernandez to act as local counsel. Ms. Ruscavage-Barz's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Ruscavage-Barz *pro hac vice* is GRANTED on the condition that Ms. Ruscavage-Barz shall do her own work. This means that Ms. Ruscavage-Barz must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Ruscavage-Barz may move for the admission *pro hac vice* of one (1) associate of

her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Ruscavage-Barz.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ruscavage-Barz, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 30th day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge