IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Applicant for Intervention, Spring Creek Coal LLC ("Spring Creek"), filed its Unopposed Motion to Intervene as Defendant-Intervenor (Doc. 11) pursuant to Fed. R. Civ. P. 24 to intervene in the above-captioned case. There being no objection from any party, and because Spring Creek has met Rule 24's requirements for intervention,

IT IS ORDERED that Spring Creek's Unopposed Motion to Intervene as Defendant-Intervenor (Doc. 11) is GRANTED.

DATED this 22nd day of September, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge