IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs WildEarth Guardians and Montana Environmental Information Center move for the admission of Shannon Laun to practice before this Court in this case with Shiloh Hernandez to act as local counsel. Ms. Laun's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Ms. Laun *pro hac vice* is GRANTED on the condition that Ms. Laun shall do her own work. This means that Ms. Laun must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Laun, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 15th day of December, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge