IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants,<br><br>vs.<br><br>SPRING CREEK COAL LLC,<br><br>Intervenor. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Intervenor Spring Creek Coal LLC ("Spring Creek") moves for the admission of Andrew C. Emrich to practice before this Court in this case with William W. Mercer to act as local counsel. Mr. Emrich's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Spring Creek's motion to admit Mr. Emrich *pro hac vice* is GRANTED on the condition that Mr. Emrich shall do his own work. This means that Mr. Emrich must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Emrich may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Emrich.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Emrich, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 17th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge