IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants,<br><br>vs.<br><br>SPRING CREEK COAL LLC,<br><br>Intervenor. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the parties' Joint Motion for Relief from Requirements of Local Rule 56.1, which requests relief from D. Mont. L.R. 56.1, governing "Motion for Summary Judgment." (Doc. 30.) The parties maintain that L.R. 56.1 would be unnecessarily cumbersome in light of the fact that this case arises under the Administrative Procedure Act and is limited to the operative administrative record. Good cause appearing,

IT IS ORDERED that the parties' motion is **GRANTED in part**. The parties generally are relieved of the obligation to comply with L.R. 56.1, with the

exception that the parties still must comply with the L.R. 56.1(a)(2) requirement for pinpoint cites when citing to specific documents in the record, including but not limited to the administrative record.

DATED this 30th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge