IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants,<br><br>vs.<br><br>SPRING CREEK COAL LLC,<br><br>Intervenor. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is plaintiffs WildEarth Guardians' and Montana Environmental Information Center's (collectively, "Plaintiffs") Unopposed Motion to Amend Scheduling Order, which requests that the Court (1) amend the Scheduling Order (Doc. 18) and (2) increase the word limits governing the parties' principal briefs. Having reviewed Plaintiffs' motion,

IT IS HEREBY ORDERED:

(1)   Plaintiffs' request to amend the Scheduling Order is **GRANTED**. The briefing schedule is amended as follows:

(A)   Plaintiffs shall file their motion for summary judgment and brief in support on or before April 6, 2018;

(B)   Defendants Ryan Zinke, U.S. Office of Surface Mining Reclamation and Enforcement, U.S. Department of the Interior, Marcelo Calle, David Berry, Glenda Owens, and Katharine MacGregor (collectively, "Federal Defendants") shall filed their combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before May 11, 2018;

(C)   Intervenor Spring Creek Coal LLC ("Spring Creek") shall file its combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on or before May 18, 2018;

(D)   Plaintiffs shall file their combined reply in support of summary judgment and response to Federal Defendants' and Spring Creek's cross-motions for summary judgment on or before June 12, 2018;

(E)   Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before July 2, 2018; and

(F)   Spring Creek shall file its reply in support of its cross-motion for summary judgment on or before July 11, 2018.

(2)   Plaintiffs' request to increase the briefing word limits is **DENIED**. Plaintiffs' motion does not provide any indication as to why the word limits set forth in District of Montana Local Rule 7.1(d)(2) are insufficient.

DATED this 30th day of January, 2018.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge