IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity of Secretary of the Interior; *et al.*,<br><br>Defendants,<br><br>vs.<br><br>SPRING CREEK COAL LLC,<br><br>Intervenor. | CV 17-80-BLG-SPW-TJC<br><br>**ORDER** |

Intervenor defendant Spring Creek Coal LLC ("Spring Creek") moves for the admission of Kristina R. Van Bockern to practice before this Court in this case with William W. Mercer to act as local counsel. (Doc. 54.) Ms. Van Bockern's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Spring Creek's motion to admit Ms. Van Bockern *pro hac vice* is **GRANTED** on the condition that Ms. Van Bockern shall do her own work. This means that Ms. Van Bockern must do her own writing, sign her own pleadings, motions, and briefs, and appear and

participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Van Bockern, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 24th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge