

JUN 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER, | CV 17-80-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| DAVID BERNHARDT, Acting Secretary of the Interior, et al, | |
| Federal Defendants, | |
| SPRING CREEK COAL, LLC, | |
| Intervenor Defendant. | |

On May 21, 2019, Spring Creek Coal, LLC, filed a suggestion of bankruptcy, (Doc. 85), indicating Spring Creek filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code. (Doc. 85-1). Accordingly, the Court orders this case stayed pursuant to 11 U.S.C. § 362.

1

DATED this __19th__ day of June, 2019.

_____
SUSAN P. WATTERS
United States District Judge