IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity of Secretary of the Interior, et al.,<br><br>Defendants,<br>and<br><br>SPRING CREEK COAL, LLC,<br><br>Intervenor. | CV 17-80-BLG-SPW<br><br>ORDER |

Before the Court is Navajo Transitional Energy Company's ("Navajo") Motion to Intervene (Doc. 97), filed on September 21, 2020. Navajo's Motion indicates that all parties were contacted regarding the motion to intervene. Plaintiffs take no position on the motion, Spring Creek Coal does not oppose the motion, and counsel for the federal defendants submitted no response. (Doc. 97 at 2). Therefore, upon Navajo's Motion and for good cause being shown,

1

IT IS HEREBY ORDERED that Navajo's Motion to Intervene (Doc. 97) shall be GRANTED and Navajo shall be permitted to intervene in the above-captioned matter.

DATED this 16th day of November 2020.

SUSAN P. WATTERS
United States District Judge