JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Caitlin Cipicchio, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0503 || 202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov
*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER, | |
| Plaintiffs, | CV 17-80-SPW-TJC |
| v. | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| DAVID BERNHARDT, Acting Secretary of the Interior, *et al*. | |
| Federal Defendants, | |
| and | |
| SPRING CREEK COAL, LLC, | |
| Intervenor Defendants. | |

Please take notice that Federal Defendants Debra Haaland, in her official capacity as the United States Secretary of the Interior[1]; the United States Office of Surface Mining Reclamation and Enforcement ("OSMRE"); the United States Department of the Interior; Marcelo Calle, in his official capacity as Program Support Division Manager for OSMRE's Western Region; David Berry, in his official capacity as Regional Director for OSMRE's Western Region; Glenda Owens, in her official capacity as Deputy Director of OSMRE; and Laura Daniel-Davis, in her official capacity as the United States Department of the Interior's Principal Deputy Assistant Secretary, Land and Minerals Management, hereby appeal the District Court's February 3, 2021 Order re: Magistrate's Findings and Recommendations (ECF No. 102) to the U.S. Court of Appeals for the Ninth Circuit.

Respectfully submitted this 19th day of April, 2021.

> JEAN E. WILLIAMS
> Acting Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> */s/ Caitlin Cipicchio*
> CAITLIN CIPICCHIO
> Natural Resources Section

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Debra Haaland is automatically substituted for David Bernhardt as Secretary of the Interior and Laura Daniel-Davis is automatically substituted for Katharine MacGregor as Principal Deputy Assistant Secretary, Lands and Mineral Management.

P.O. Box 7611, Washington, D.C. 20044
202-305-0503|| 202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov

MICHELLE-ANN C. WILLIAMS
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044
202-305-0420 || 202-305-0506 (fax)
michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*