IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, in her official capacity of Secretary of the Interior, *et. al.*,<br><br>Federal Defendants.<br><br>and<br><br>SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC.,<br><br>Intervenor Defendants. | CV 17-80-BLG-SPW<br><br>ORDER |

Defendants move for the admission of Aukjen Ingraham to practice before the Court in the above captioned matter with Lindsay Thane of Portland, Oregon, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendants' motion to admit Aukjen Ingraham to appear *pro hac vice* (Doc. 119) is GRANTED and she is authorized to appear as

1

counsel with Lindsay Thane pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 1st day of June, 2021.

                                                                           SUSAN P. WATTERS
                                                                           United States District Judge