# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, in her official capacity of Secretary of the Interior, *et al.*,<br><br>Federal Defendants.<br><br>and<br><br>SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>Intervenor Defendants. | Case No. CV-17-80-BLG-SPW<br><br><br>**ORDER GRANTING NAVAJO TRANSITIONAL ENERGY COMPANY'S MOTION TO REMOVE FROM THE RECORD SUPPLEMENTAL MEMORANDUM REGARDING MOTION FOR STAY PENDING APPEAL** |

Based upon Intervenor Defendant Navajo Transitional Energy Company, LLC's ("NTEC") Unopposed Motion To Remove From the Record Supplemental Memorandum Regarding Motion For Stay Pending Appeal (Doc. 128), and for good cause shown,

IT IS HEREBY ORDERED that NTEC's motion is **GRANTED**. The Clerk is directed to remove from the record Supplemental Memorandum Regarding Motion For Stay Pending Appeal (Doc. 125).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of July, 2021.

SUSAN P. WATTERS
United States District Judge