JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CAITLIN CIPICCHIO, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0503 || 202-305-0506 (fax)
caitlin.cipicchio@usdoj.gov
*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER, | ) ) ) ) CV 17-80-SPW-TJC |
| Plaintiffs, | ) ) |
| v. | ) **FEDERAL DEFENDANTS'** |
| | ) **UNOPPOSED MOTION TO** |
| DEBRA HAALAND, Secretary of the Interior, *et al*. | ) **APPEAR VIA** ) **VIDEOCONFERENCE** ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC, | ) ) ) ) |
| Intervenor Defendants. | ) |

The Court has scheduled oral argument on Intervenor-Defendant Navajo

Transitional Energy Company, LLC's Motion for Stay Pending Appeal for July 23,

2021 at 9:30am in Billings, Montana.  *See* June 30, 2021 Order, ECF No. 127.

Federal Defendants respectfully request that the Court allow Defendants' counsel to appear via video conference, or alternatively, by telephone.  Federal Defendants request counsel be allowed to attend the hearing by video conference because the Department of Justice continues to operate under the Justice Department's Workforce Safety Plan, which strongly encourages the use of remote meetings and hearings in order to avoid interstate travel.

Pursuant to Local Rule 7.1(c), counsel for Federal Defendants conferred with counsel to all parties to this action regarding this motion, and no party opposes the relief requested herein.

A proposed order is submitted herewith.

Respectfully submitted this 15th day of July, 2021.

        JEAN E. WILLIAMS
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division

        */s/ Caitlin Cipicchio*
        CAITLIN CIPICCHIO
        Natural Resources Section
        P.O. Box 7611, Washington, D.C. 20044
        202-305-0503 || 202-305-0506 (fax)
        Caitlin.cipicchio@usdoj.gov

        MICHELLE-ANN C. WILLIAMS
        Natural Resources Section
        P.O. Box 7611, Washington, D.C. 20044

202-305-0420 || 202-305-0506 (fax)
michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*