UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>DEBRA HAALAND, Secretary of the Interior, et al.<br><br>　　　Federal Defendants,<br><br>　and<br><br>SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>　　　Intervenor Defendants. | CV 17-80-SPW-TJC<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR VIA VIDEOCONFERENCE** |

This matter comes before the Court on Federal Defendants' Unopposed Motion to Appear via Videoconference, filed July 15, 2021. Upon consideration of the Motion, and for good cause shown, that Motion is hereby GRANTED.

It is hereby ORDERED that Federal Defendants' Counsel can appear via videoconference at the July 23, 2021 hearing. Counsel shall receive an email from the Court regarding videoconference contact information.

Entered this 19th day of July, 2021.

                                          /s/ Susan P. Watters
                                          SUSAN P. WATTERS
                                          U.S. District Judge
                                          District of Montana