IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, in her official capacity of Secretary of the Interior, *et. al.*,<br><br>Federal Defendants.<br><br>and<br><br>SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC.,<br><br>Intervenor Defendants. | CV 17-80-BLG-SPW<br><br>ORDER |

Upon the Defendant-Intervenor Spring Creek Coal LLC's Unopposed Motion to Appear by Videoconference or Telephone (Doc. 135), and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant-Intervenor Spring Creek Coal LLC's Motion is **GRANTED**. Defendant-Intervenor Spring Creek Coal LLC's Counsel shall appear via videoconference at the July 23, 2021 hearing. An e-mail

1

with the Zoom videoconferencing information will be sent from chambers to Andrew C. Emrich and Kristina R. Van Bockern.

**IT IS FURTHER ORDERED** that Spring Creek's local counsel is excused from attending the July 23, 2021 hearing.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of July, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge