IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, in her official capacity of Secretary of the Interior, *et. al.*,<br><br>Federal Defendants.<br><br>and<br><br>SPRING CREEK COAL, LLC, and NAVAJO TRANSITIONAL ENERGY COMPANY, LLC.,<br><br>Intervenor Defendants. | CV 17-80-BLG-SPW<br><br>ORDER |

Upon the Plaintiffs' Unopposed Motion for Co-Counsel to Appear Via Videoconference (Doc. 137), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. Co-Counsel for Plaintiffs shall appear via videoconference at the July 23, 2021 hearing. An e-mail with the Zoom videoconferencing information will be sent from chambers to Melissa Hornbein and Samantha Ruscavage-Barz.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of July, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge