IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, et al.,<br><br>Defendants. | Case No. CV 17-80-BLG-SPW<br><br><br>**ORDER** |

Upon the parties Joint Motion to Stay Proceedings (Doc. 157), and for good cause shown,

IT IS HEREBY ORDERED that proceedings in the above-captioned action are **STAYED** until **June 2, 2022** to allow the parties to seek a negotiated resolution of Plaintiffs' Motion for Fees and Costs (Doc. 155). If the Parties are unable to achieve such resolution, they shall file a status report notifying the Court no later than **June 2, 2022**, and Plaintiffs shall then have until **June 16, 2022** to file an amended motion for fees and costs.

DATED this 2nd day of February, 2022.

SUSAN P. WATTERS
United States District Court Judge