IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| WILDEARTH GUARDIANS and MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of the Interior, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>SPRING CREEK COAL, LLC, *et al.*,<br><br>Intervenor Defendants. | Case No. CV 17-80-SPW<br><br>**ORDER** |

Upon the Parties' Joint Status Report and Motion to Extend Stay (Doc. 165), and for good cause shown,

IT IS HEREBY ORDERED that proceedings in the above-captioned action are stayed until July 18, 2022 to allow the parties to seek a negotiated resolution of Plaintiffs' Motion for Fees and Costs (Doc. 155). The Parties shall file a status report on or before July 18, 2022 notifying the Court of the status of their settlement negotiations, if they have not already notified the Court of settlement. If

the Parties are unable to reach agreement, they shall propose a briefing schedule for resolving Plaintiffs' fees and costs motion in the status report.

DATED this 3rd of June, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge